UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Case No.: 23-CV-01043(RPK)(JMW)
MARQUIS WHO'S WHO VENTURES LLC,

                Plaintiff,

  -against-   **ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION**

REVENUEBOOST LLC,

                Defendant.
-------------------------------------------------------------X

Upon the reading and filing of the affidavit of Kristine McCarthy, sworn to the 7th day of February, 2023, the Plaintiff's complaint, dated the 8th day of February, 2023 and the memorandum of law in support of Plaintiff's motion for a Temporary Restraining Order and a Preliminary Injunction pursuant to Federal Rule of Civil Procedure Rule 65, dated the 9th day of February, 2023,

**NOW** on motion of Certilman Balin Adler & Hyman, LLP, attorneys of record for Plaintiff, Marquis Who's Who Ventures LLC ("Marquis"),

**LET** Defendant or its attorneys show cause before this Court, at a term for the hearing of motions before Honorable Rachel P. Kovner, at the Courthouse thereof, located at 225 Cadman Plaza East, Courtroom 4E-N, Brooklyn, New York, 11201 _____ on the ____ day of February, 2023, at _____ o'clock in the _____ noon of that day, or as soon thereafter as counsel can be heard,

**WHY**, a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure should not be issued, pending the final hearing and determination of this action, as follows:

    a. Enjoining RevenueBoost LLC ("Revboost") from utilizing any of

Marquis's intellectual property, including but not limited to Marquis's trademarks, in any way, for any reason, or for any purpose;

b. Enjoining Revboost from directly or indirectly using, disclosing or disseminating to any other person, organization or entity or otherwise use any of Marquis's confidential information and trade secrets, including, but not limited to, its customer email opt-out information and customer data; and

c. Enjoining Revboost from contacting any of Marquis's customers for any purpose.

**SUFFICIENT CAUSE APPEARING THEREFOR**, it is

**ORDERED**, that Revboost is hereby **TEMPORARILY RESTRAINED AND ENJOINED** from utilizing any of Marquis's intellectual property, including but not limited to Marquis's trademarks, in any way, for any reason, or for any purpose;

**ORDERED**, that Revboost is hereby **TEMPORARILY RESTRAINED AND ENJOINED** from directly or indirectly using, disclosing or disseminating to any other person, organization or entity or otherwise use any of Marquis's confidential information or trade secrets including, but not limited to, its customer email opt-out information and customer data;

**ORDERED**, that Revboost is hereby **TEMPORARILY RESTRAINED AND ENJOINED** from contacting any of Marquis's customers for any purpose; it is further

**ORDERED**, that Service of a copy of this Order and a copy of the Complaint and all other supporting papers, by personal service and also by email, FedEx or other overnight carrier, upon Revboost on or before February __, 2023, shall be deemed good and sufficient service.

DATED:   Central Islip, New York
         February __, 2023

                                                    _____
                                                    United States District Judge

7950277.1