EXHIBIT 3

# Joshua Feldman

| | |
|---|---|
| **From:** | Chris <chris@revboost.com> |
| **Sent:** | Wednesday, October 26, 2022 11:01 AM |
| **To:** | Kristine McCarthy; Osvaldo Paca Jr |
| **Subject:** | Re: Immediate Action NEEDED |

Hi Kristine,

This is from one of our email partners. However, rest assured there is no phishing or scam emails coming through. This happens when one IP address sends a large amount of traffic and triggers "phishing" or "scam" filters etc.

We have already investigated this last night and this morning.

As far as the language being used. Can you please just provide us a list of what words cannot be used for your campaign?

We really want to focus our resources on quality and backend sales, so we would like to fix any/all compliance issues that come in at once.

Thanks

**From:** Kristine McCarthy <Kristine@marqww.com>
**Sent:** Wednesday, October 26, 2022 10:36 AM
**To:** Osvaldo Paca Jr <jr@revboost.com>; Chris <chris@revboost.com>
**Subject:** RE: Immediate Action NEEDED

Response please….

**From:** Kristine McCarthy <Kristine@marqww.com>
**Sent:** Tuesday, October 25, 2022 3:40 PM
**To:** Osvaldo Paca Jr <jr@revboost.com>; Chris <chris@revboost.com>
**Subject:** Immediate Action NEEDED
**Importance:** High

Scam Email: 'You Have Been Selected' for 'Who's Who in America' | Snopes.com

Please see attached.  Additionally, as I have previously stated, the language to be used is "Being Considered for".  The words Selected and Nomination can be construed as misleading and should not be used.
Please advise on the IP address comments contained in this article.
Thanks!

*Kristine McCarthy*
Chief Marketing Officer
Marquis Who's Who
C:516-847-5213
O:908-279-0100 x. 1299
kristine@marqww.com



1



2