EXHIBIT 4

# Joshua Feldman

| | |
|---|---|
| **From:** | Osvaldo Paca Jr <jr@revboost.com> |
| **Sent:** | Friday, October 28, 2022 12:07 PM |
| **To:** | Kristine McCarthy; Chris; Randy Narod |
| **Subject:** | Re: Revboost- Marquis |

We have always strived to do these things.

---

**From:** Kristine McCarthy <Kristine@marqww.com>
**Sent:** Thursday, October 27, 2022 4:18:07 PM
**To:** Osvaldo Paca Jr <jr@revboost.com>; Chris <chris@revboost.com>; Randy Narod <rn@marquiswhowho.onmicrosoft.com>
**Subject:** FW: Revboost- Marquis

To summarize the call earlier:
1) Revboost will cease using creatives that use the Marquis and/or Who's Who in America Branding.  You will only be authorized to use the Professional Who's Who creative.
2) Revboost will send us all creative assets on file for review/approval by EOD 10/28. No creative may be used without signed approval going forward.
3) Revboost will immediately stop using the creative used in the snopes article and will adhere to all requests made to change language in subject lines, etc
4) Revboost will cease and desist using any of our creatives, logos or branding on any other client or partner's campaign.
5) Revboost will cease working with all imitators of the Who's Who concept. Especially, but not limited, to Exec Connector.
6) Revboost will fully adhere to all CAN-SPAM and other compliance standards including scrubbing of opt-outs from all files.  (Last week you had 714 reported repeat opt-outs on a single send event- see attached).
7) Revboost will be fully transparent, honest and forthcoming with all issues or foreseen concerns regarding delivery, volume, quality, etc.
8) Revboost will take all necessary steps to ensure that Marquis campaigns are tested prior to send to ensure all links, etc are accurate and functioning properly.
9) Revboost will respond to all emails sent by any member of the Marquis team within 4 business hours.
10) Revboost may continue to fulfill 2000 cap this week, however, next week will cap at 1200.
11) Failure to comply will result in the loss of business and/ or monetary penalties.

**From:** Randy Narod <rn@marquiswhowho.onmicrosoft.com>
**Sent:** Thursday, October 27, 2022 11:57 AM
**To:** Osvaldo Paca Jr <jr@revboost.com>; chris@revboost.com
**Cc:** Kristine McCarthy <Kristine@marqww.com>
**Subject:** FW: Reboots

---

**From:** Randy Narod <rn@marquiswhowho.onmicrosoft.com>
**Sent:** Thursday, October 27, 2022 11:06 AM
**To:** Randy Narod <rn@marquiswhowho.onmicrosoft.com>
**Subject:** FW: Reboots

**From:** Kristine McCarthy <Kristine@marqww.com>
**Sent:** Wednesday, October 26, 2022 3:02 PM
**To:** Randy Narod <rn@marquiswhowho.onmicrosoft.com>
**Subject:** RE: Revboost

10/14- Bladder control link
10/24- more emails sent with the bladder link.  Chris stated that these were prescheduled remails that were not corrected.
10/25- Snopes article- Flagged IP address Revboost response:
"This is from one of our email partners. However, rest assured there is no phishing or scam emails coming through. This happens when one IP address sends a large amount of traffic and triggers "phishing" or "scam" filters etc."

10/25- broken/dead link
10/26- Wrong Link- linking to a scam knockoff. Phishing.

From: Who's Who <no-reply@d-edge.com>
Sent: Tuesday, October 25, 2022, 12:45 PM
To: bkinnison_23@msn.com <bkinnison_23@msn.com>
Subject: Confirm your candidacy now, Bkinnison_23!



Congratulations! You Are Selected…



To unsubscribe click here.
Or write to:
350 RXR Plaza, Uniondale, NY 11566

http://offersuite.admediary.com/
**Admediary, 338 Jericho Turnpike – Suite 249, Syosset, NY 11791 or call us at 516.362.3623**

2

