EXHIBIT 5

**Joshua Feldman**

| | |
|---|---|
| **From:** | Iris Cannetti <ig@marquisww.com> |
| **Sent:** | Thursday, January 26, 2023 10:34 AM |
| **To:** | Kristine McCarthy |
| **Cc:** | Randy Narod |
| **Subject:** | FW: Fw: Congratulation on Your Nomination |

Please see below, haven't seen this one yet and has our old landing page, so just want to confirm/bring to your attention.
Also the seal on the landing page says 2021

Best regards,

*Iris Cannetti*


**From:** geanina hernandez <geaninahernandez@gmail.com>
**Sent:** Wednesday, January 25, 2023 11:19 PM
**To:** Marquis Who's Who <info@marquisww.com>
**Subject:** Fwd: Fw: Congratulation on Your Nomination

Hello, I just wanted to send you this email in hopes to find out if this email is the scam I suspect it to be.

Thank you for your time.

-Geanina Hernandez

---------- Forwarded message ---------
From: **Jose Hernandez** <jose.hernandez2260@yahoo.com>
Date: Wed, Jan 25, 2023, 7:59 PM
Subject: Fw: Congratulation on Your Nomination
To: Geanina Hernandez <geaninahernandez@gmail.com>


Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "John Sartoris" <buack95@buackto.com>
**To:** "jose.hernandez2260@yahoo.com" <jose.hernandez2260@yahoo.com>
**Cc:**
**Sent:** Wed, Jan 25, 2023 at 1:32 PM
**Subject:** Congratulation on Your Nomination

# Professional Who's Who

1

## YOUR 2023 NOMINATION

Dear Geanina,

This letter serves to inform you that you were recently nominated for inclusion in the next edition of Who's Who in America! **Your prompt response is needed to ensure your complete professional information is taken into consideration.**

Candidates are selected based upon one's current position and researched with information obtained from reputable executive and professional listings. The Editor in Chief thinks that you may make an interesting biographical subject, as individual achievement is what Who's Who in America is all about.

Upon final confirmation, you will be listed among over 1.5 million accomplished individuals in the Who's Who registry. The biographical data presented in Who's Who in America comes from the most authoritative sources available - the biographies themselves. Inclusion in a Who's Who publication acts as an endorsement of your credentials and can significantly enhance your online credibility and visibility.

On behalf of the Editor in Chief, we look forward to your appearance in this upcoming edition. Best wishes for continued success.

Sincerely,

John Sartoris

**ACCEPT YOUR NOMINATION**

If you'd like to unsubscribe, please [click here](#)

350 RXR Plaza

Uniondale, NY 11566

+1 (908) 279-0100 [www.marquiswhoswho.com](http://www.marquiswhoswho.com)

Copyright © 2023 by Marquis Who's Who® Ventures LLC. All rights reserved

AZX Publishing
7121 W Craig Rd Ste 113 #818
Las Vegas, NV 89129

This email was sent to [jose.hernandez2260@yahoo.com](mailto:jose.hernandez2260@yahoo.com) from AZX Publishing.

If you would like to stop receiving these emails, please [unsubscribe here](#).

This is a marketing message.