

**Certilman Balin**
ATTORNEYS

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

DOUGLAS E. ROWE
PARTNER
DIRECT DIAL 516.296.7102
drowe@certilmanbalin.com

February 13, 2023

**VIA ECF**

Hon. Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4E-N
Brooklyn, NY 11201
718.613.2450

   Re: Marquis Who's Who Ventures LLC v. Revenueboost LLC
      E.D.N.Y., Case No.: 23-CV-01043(RPK)(JMW)

Dear Judge Kovner:

  This firm represents the plaintiff, Marquis Who's Who Ventures LLC, in this action. I am writing regarding the Court's February 10, 2023 Order denying the motion for a temporary restraining order. I am requesting that the Court reconsider its Order.

  On February 9, 2023, I called the Court and received a returned call from Mr. Chan. I informed him that I would be filing a motion for a preliminary injunction with a temporary restraining order and informed him that I had sent a letter to the defendant, Revenueboost LLC, advising that we would be filing such a motion. A copy of the letters I sent to defendant are attached hereto, I also enclosed all papers in support of the motion. I was under the impression that I was to merely file the motion papers and that I did not need to file the attached letter.

  I am now filing the attached letters and request that the Court schedule a time to address plaintiff's request for a temporary restraining order.

  Thank you.

               Respectfully submitted,

               Douglas E. Rowe

DER:gla
Attachment

CERTILMAN BALIN ADLER & HYMAN, LLP
SUFFOLK OFFICE: HAUPPAUGE, NY 11788

7960652.1