

DOUGLAS E. ROWE
PARTNER
DIRECT DIAL 516.296.7102
drowe@certilmanbalin.com

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

February 9, 2023

**VIA FEDERAL EXPRESS**

Revenueboost LLC
196 Westville Avenue EXT
Danbury, CT 06811-4418

    Re:    Marquis Who's Who Ventures LLC v. Revenueboost LLC
            E.D.N.Y., Case No.: 23-CV-01043

Dear Sir or Madam:

    Please be advised that Marquis Who's Who Ventures LLC has commenced an action against you in the United States District Court, Eastern District of New York. Further, please note that an application will be made at the United States District Court, Eastern District of New York located at 225 Cadman Plaza East, Courtroom 4E-N, Brooklyn, New York, 11201 for a temporary restraining order directing you to show cause why you should not be preliminarily enjoined as set forth in the attached papers.

    Please note enclosed are copies of the proposed order to show cause together with supporting papers to be presented to the Court. I will let you know when the Court will hear our motion.

                        Very truly yours,

                        CERTILMAN BALIN ADLER & HYMAN, LLP

                        By: _/s/ Doug Rowe_____
                            Douglas E. Rowe Esq.

DER:ds
Enclosures



**Douglas E. Rowe**
Partner
Direct Dial 516.296.7102
drowe@certilmanbalin.com

90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
Phone: 516.296.7000 • Fax: 516.296.7111
www.certilmanbalin.com

February 9, 2023

**VIA FEDERAL EXPRESS**

Revenueboost LLC
c/o Osvaldo Paca, Jr.
7 Blackhouse Road
Trumbull, CT 06611

    Re:    Marquis Who's Who Ventures LLC v. Revenueboost LLC
            E.D.N.Y., Case No.: 23-CV-01043

Dear Mr. Paca:

    Please be advised that Marquis Who's Who Ventures LLC has commenced an action against you in the United States District Court, Eastern District of New York. Further, please note that an application will be made at the United States District Court, Eastern District of New York located at 225 Cadman Plaza East, Courtroom 4E-N, Brooklyn, New York, 11201 for a temporary restraining order directing you to show cause why you should not be preliminarily enjoined as set forth in the attached papers.

    Please note enclosed are copies of the proposed order to show cause together with supporting papers to be presented to the Court. I will let you know when the Court will hear our motion.

Very truly yours,

Certilman Balin Adler & Hyman, LLP

By: _/s/ Douglas Rowe_
Douglas E. Rowe Esq.

DER:ds
Enclosures