UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x   Case No.: 23-CV-01043(RPK)(JMW)
MARQUIS WHO'S WHO VENTURES LLC,

                    Plaintiff,                  **AFFIDAVIT**
                                                                                          **OF SERVICE**

-against-

REVENUEBOOST LLC,

                    Defendant.
------------------------------------------------------------x

**STATE OF NEW YORK**    )
**COUNTY OF NASSAU**     ) ss.:

       **GABRIELA ANTONINI**, being duly sworn, deposes and says:

       Deponent is not a party to this action, is over 18 years of age and resides in Nassau County, New York.

       On the 13th day of February, 2023, deponent served the within **COURT ORDER DATED 2.13.2023, COMPLAINT, AND ALL MOTION PAPERS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** upon:

                              Revenueboost LLC
                            c/o Osvaldo Paca, Jr.
                             7 Blackhouse Road
                             Trumbull, CT 06611

                              Revenueboost LLC
                         196 Westville Avenue EXT
                           Danbury, CT 06811-4418

at the addresses designated by said individuals for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of FEDERAL EXPRESS FOR OVERNIGHT DELIVERY and via email to: jr@revboost.com and chris@revboost.com.

                                                                      GABRIELA ANTONINI

Sworn to before me this
13th day of February, 2023

_____
Notary Public

DOREEN A. SALERA
Notary Public, State of New York
No. 01SA6110218
Qualified in Nassau County
Commission Expires May 24, 2024

7961261.1