UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
MARQUIS WHO'S WHO VENTURES LLC,

               Plaintiff,                        **TEMPORARY RESTRAINING ORDER
                                                                                                                                                                                                                                                                                                                                                                                                                                                                           & ORDER TO SHOW CAUSE**

     v.

                                                                                                                                                                                                                                                                                                                                                                                                                                                         23-CV-1043 (RPK) (JMW)

REVENUEBOOST LLC,

              Defendant.
----------------------------------------------------------x
RACHEL P. KOVNER, United States District Judge:

      Before the Court is plaintiff Marquis Who's Who Ventures LLC's application for a temporary restraining order and preliminary injunction, *see* Dkt. #6, of which defendant RevenueBoost LLC received notice, *see* Aff. of Service of Court Order dated 2/13/2023 (Dkt. #8), and concerning which the Court held a hearing on February 16, 2023, at which only plaintiff appeared. Having reviewed plaintiff's application and the memorandum of law and supporting materials attached thereto, *see* Dkt. ##6-1–6-7, the Court has determined, for reasons explained on the record at the hearing, that plaintiff has made a sufficient showing of an entitlement to the emergency relief detailed below. Accordingly, it is:

      **ORDERED** that a Temporary Restraining Order is hereby entered against defendant RevenueBoost LLC, which Order shall remain in force and effect until the return date of the Order to Show Cause described below, and under which Order defendant is:

      A. temporarily enjoined and restrained from using any of plaintiff's registered trademarks—namely Trademark Registration Nos. 378,389 ("Who's Who in America"); 509,921 ("Who Was Who in America"); 991,399 ("Who's Who"); 1,923,629 ("Marquis"); and 3,082,435 ("Marquis Who's Who")—in commerce in any way, for any reason, and for any purpose; and

    B. temporarily enjoined and restrained from using, disclosing, or disseminating all or part of the contents of plaintiff's confidential customer email list in any way, for any purpose, and to any third party.

It is further **ORDERED** that defendant **SHOW CAUSE** before this Court on February 27, 2023 at 3:00 PM in Courtroom 4E-N why an Order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure preliminarily enjoining defendant from taking the same actions just described pending trial in this matter.

It is further **ORDERED** that, pursuant to this Court's order to show cause dated February 10, 2023, defendant shall file a response to plaintiff's motion for a preliminary injunction by February 21, 2023, and that plaintiff may file a reply, if any, by February 24, 2023.

**SO ORDERED.**

                                    */s/ Rachel Kovner*
                                    RACHEL P. KOVNER
                                    United States District Judge

Dated: February 16, 2023
       Brooklyn, New York